# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** **USA V.** Ana Gabriel OLIVEIRA MENDONCA

**CASE NUMBER:** **3:26-mj-71223 MAG** **CR**

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | **Yes** ✓ | **No** | |
| **Total Number of Defendants:** | **1** ✓ | **2-7** | **8 or more** |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | **Yes** | **No** ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | **SF** ✓ | **OAK** | **SJ** |
| **Is this a potential high-cost case?** | **Yes** | **No** ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | **Yes** | **No** ✓ | |
| **Is this a RICO Act gang case?** | **Yes** | **No** ✓ | |

**Assigned AUSA (Lead Attorney):** William Skewes-Cox

**Date Submitted:** 9/16/2026

**Comments:**

Affiant: HSI S/A Michael Feracho Cell: 628-228-8612

RESET FORM SAVE PDF