DOCUMENTS UNDER SEAL ☐ TOTAL TIME (mins): 27 mins

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Aris Garcia | LIBERTY DIGITAL RECORDING:<br>10:35 - 11:02 |
| MAGISTRATE JUDGE<br>Joseph C. Spero | DATE<br>9/18/2026 | NEW CASE ☐ / CASE NUMBER<br>3:26-mj-71223- MAG |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. / RET. / APPT. |
|---|---|---|---|---|---|
| Ana Gabriela Oliveira Mendonca | | Y | P | John Paul Reichmuth | PD. ☒ RET. ☐ APPT. ☐ |

| | | | |
|---|---|---|---|
| U.S. ATTORNEY<br>William Skewes Cox | INTERPRETER | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Allyse Johnson | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS RE PRELIM. ☐ HRG/ ARRAIGN. |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME:<br>Gabriela Oliveira Mendonca |

**ARRAIGNMENT**

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 10,000 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| | | |
|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| | | | | | |
|---|---|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| | | | | |
|---|---|---|---|---|
| TO:<br>10/2/2026 | ☒ ID of Counsel | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>11:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING<br>____________<br>☐ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON.<br>AGT | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

John Reichmuth provisionally appointed for today's hearing. Proffers heard. Proposed surety questioned and admonished by the Court regarding terms and conditions of release. Def. Admonished re: terms and conditions of release. Parties stip to exclude time is Granted.

DOCUMENT NUMBER: